ORIGINAL FILED 2012 SE. -7 P 12: 39 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

YGR

```
 1  ROBBINS GELLER RUDMAN
       & DOWD LLP
 2  SHAWN A. WILLIAMS (213113)
    Post Montgomery Center
 3  One Montgomery Street, Suite 1800
    San Francisco, CA  94104
 4  Telephone: 415/288-4545
    415/288-4534 (fax)
 5  shawnw@rgrdlaw.com
        – and –
 6  DARREN J. ROBBINS (168593)
    DAVID C. WALTON (167268)
 7  CATHERINE J. KOWALEWSKI (216665)
    655 West Broadway, Suite 1900
 8  San Diego, CA  92101
    Telephone: 619/231-1058
 9  619/231-7423 (fax)
    darrenr@rgrdlaw.com
10  davew@rgrdlaw.com
    katek@rgrdlaw.com
11
    Attorneys for Plaintiff
12
                       UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14
    STEVEN N. BELL, Individually and on Behalf )  No. 12 4677
15  of All Others Similarly Situated,          )
                                               )  CLASS ACTION
16                            Plaintiff,       )
                                               )  CERTIFICATION OF INTERESTED
17       vs.                                   )  ENTITIES OR PERSONS
                                               )
18  UBIQUITI NETWORKS, INC., ROBERT J.         )
    PERA, JOHN RITCHIE, PETER Y. CHUNG,        )
19  CHRISTOPHER J. CRESPI, CHARLES J.          )
    FITZGERALD, JOHN L. OCAMPO,                )
20  ROBERT M. VAN BUSKIRK, UBS                 )
    SECURITIES LLC, DEUTSCHE BANK              )
21  SECURITIES INC., RAYMOND JAMES &           )
    ASSOCIATES, INC., PACIFIC CREST            )
22  SECURITIES LLC and THINKEQUITY LLC,        )
                                               )
23                            Defendants.      )
                                               )
24
25
26
27
28
```

| | |
|---|---|
| 1 | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 2 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the |
| 3 | named parties, there is no such interest to report. |
| 4 | |
| 5 | *[signature] Sheen A Willus /CPS* |
| 6 | ATTORNEY OF RECORD FOR PLAINTIFF<br>STEVEN N. BELL |
| 7 | S:\CptDraft\Securities\Not Ubiquiti Networks.doc |
| 8–28 | |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                              - 1 -