TIMOTHY P. CRUDO, State Bar No. 143835
Email: timothy.crudo@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-6538
Telephone:  (415) 391-0600
Facsimile:   (415) 395-8095

Attorneys for Defendants Ubiquiti Networks, Inc., Robert J. Pera, John Ritchie, Peter Y. Chung, Christopher J. Crespi, Charles J. Fitzgerald, John L. Ocampo, and Robert M. Van Buskirk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re UBIQUITI NETWORKS, INC. SECURITIES LITIGATION | Case No.: 12-cv-04677-YGR |
| This Document Relates To:<br><br>ALL ACTIONS. | **NOTICE OF SUBSTITUTION OF COUNSEL; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |

1    PLEASE TAKE NOTICE that attorney Ignacio E. Salceda of the law firm Wilson Sonsini Goodrich & Rosati, PC, located at 650 Page Mill Road, Palo Alto, CA 94304, hereby withdraws from representing defendants Ubiquiti Networks, Inc., Robert J. Pera, John Ritchie, Peter Y. Chung, Christopher J. Crespi, Charles J. Fitzgerald, John L. Ocampo, and Robert M. Van Buskirk ("Ubiquiti Defendants").  Consistent with Local Civil Rule 11-5, notice of this withdrawal and substitution has been provided to plaintiffs.

Pursuant to Civil Local Rule 11-5, the Ubiquiti Defendants request that the Court approve this substitution.  The Ubiquiti Defendants further request, pursuant to General Order 45, that the Court enter an order reflecting this change and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

> Peter A. Wald, State Bar No. 85705
> Email:  peter.wald@lw.com
> Timothy P. Crudo, State Bar No. 143835
> Email:  timothy.crudo@lw.com
> Gavin M. Masuda, State Bar No. 260480
> Email:  gavin.masuda@lw.com
> Latham & Watkins LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA  94111-6538
> Telephone:  (415) 391-0600
> Facsimile:   (415) 395-8095

Dated:  January 3, 2013         LATHAM & WATKINS LLP
                                 By:  /s/ Timothy P. Crudo
                                      Timothy P. Crudo

                                 505 Montgomery Street, Suite 2000
                                 San Francisco, CA  94111-6538
                                 Telephone: (415) 391-0600
                                 Facsimile:  (415) 395-8095

                                 Attorneys for Defendants Ubiquiti Networks, Inc., Robert J. Pera, John Ritchie, Peter Y. Chung, Christopher J. Crespi, Charles J. Fitzgerald, John L. Ocampo, and Robert M. Van Buskirk

1

NOTICE OF SUBSTITUTION OF COUNSEL;
[P~~ROPOSED~~] ORDER
CASE NO.: 12-cv-04677-YGR

| | | |
|---|---|---|
| 1 | Dated:  January 3, 2013 | WILSON SONCINI GOODRICH & ROSATI |
| 2 | | By:  /s/ Ignacio E. Salceda |
| | | Ignacio E. Salceda |
| 3 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304 |
| 4 | | Telephone: (650) 320-4908 |
| | | Facsimile:  (650) 493-6811 |

* * *

I, Timothy P. Crudo, am the ECF User whose ID and password are being used to file this Notice of Substitution of Counsel and [Proposed] Order.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Ignacio E. Salceda has concurred in this filing.

By:  /s/ Timothy P. Crudo

**[PROPOSED] ORDER**

Pursuant to Civil Local Rule 11-5 and in accordance with General Order 45, the Court approves the substitution of counsel sought by the Ubiquiti Defendants.

DATED: January 7, 2013

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge