**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:**<br>**UBIQUITI NETWORKS, INC.**<br>**SECURITIES LITIGATION** | Case No.: 12-CV-04677 YGR<br><br>**ORDER CONTINUING MOTION HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the hearing on Defendants' Motions to Dismiss is **CONTINUED** from July 9, 2013 to **Tuesday, August 27, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED.**

Date: June 27, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**