**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: UBIQUITI NETWORKS, INC. SECURITIES LITIGATION** | **Case No.: 12-CV-4677 YGR**<br><br>**ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court grants plaintiffs' request to dismiss this action with prejudice in lieu of filing an amended complaint. (Dkt. No. 78.) The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

Date: April 16, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**