**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: UBIQUITI NETWORKS, INC. SECURITIES LITIGATION | Case No.: 12-CV-4677 YGR<br><br>JUDGMENT |

The issues in this action having been duly considered and the Court having granted defendants' motion to dismiss the complaint and dismissed the complaint without prejudice, and having granted plaintiffs' subsequent request for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby **ORDERED, ADJUDGED, AND DECREED** that the complaint is **DISMISSED WITH PREJUDICE**. Judgment is entered in favor of defendants and against plaintiffs. Plaintiffs shall take nothing by their complaint.

**IT IS SO ORDERED**.

Date: April 16, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**