UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: UBIQUITI NETWORKS, INC. SECURITIES LITIGATION** | Case No. 12-cv-04677-YGR<br><br>**ORDER RE: NINTH CIRCUIT MANDATE; SETTING COMPLIANCE**<br><br>Re: Dkt. No. 86 |

In light of the recent mandate by the Ninth Circuit Court of Appeals (Dkt. No. 86), the Court **ORDERS** the parties to meet and confer and file a joint statement regarding the parties perspectives on the next steps for the litigation.

The Court **SETS** a compliance hearing for **Friday, January 27, 2017** at **9:00 a.m.** in the Federal Building, 1301 Clay Street, Oakland, California, Courtroom 1. By **January 20, 2017**, the parties must file the joint statement referenced above. If compliance is complete, the parties need not appear, and the Court may vacate the hearing.

**IT IS SO ORDERED.**

Dated: December 14, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**