LATHAM & WATKINS LLP
   Peter A. Wald (State Bar No. 85705)
   Gavin M. Masuda (State Bar No. 260480)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Phone: (415) 391-0600
Fax: (415) 395-8095
Email: peter.wald@lw.com
Email: gavin.masuda@lw.com

Attorneys for Defendants
Ubiquiti Networks, Inc., Robert J. Pera, John Ritchie, Peter Y. Chung, Christopher J. Crespi, Charles J. Fitzgerald, John L. Ocampo, and Robert M. Van Buskirk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re UBIQUITI NETWORKS, INC. SECURITIES LITIGATION | Master File No. 12-cv-04677-YGR |
| | **NOTICE OF CHANGE IN COUNSEL** |
| This Document Relates To: ALL ACTIONS | |

1  TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:

3  PLEASE TAKE NOTICE THAT Matthew D. Harrison is no longer associated with the
4  firm Latham & Waktins LLP, and is hereby withdrawn as counsel for Defendants Ubiquiti
5  Networks, Inc., Robert J. Pera, Peter Y. Chung, Christopher J. Crespi, Charles J. Fitzgerald, John
6  L. Ocampo, Robert M. Van Buskirk, and John Ritchie in the above-captioned action.

7  Latham & Watkins LLP  through the undersigned counsel of record, continues to serve as
8  counsel for Defendants, and all future correspondence and papers in this action should continue
9  to be directed to them.

Dated:  February 13, 2017                         LATHAM & WATKINS LLP

                                                  By /s/ *Gavin M. Masuda*
                                                  Gavin M. Masuda
                                                  Peter A. Wald
                                                  Attorneys for Defendants Ubiquiti
                                                  Networks, Inc., Robert J. Pera, John
                                                  Ritchie, Peter Y. Chung, Christopher J.
                                                  Crespi, Charles J. Fitzgerald, John L.
                                                  Ocampo, and Robert M. Van Buskirk