UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 3/6/17 | Time: 2:08pm-2:33pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 12-cv-04677-YGR | Case Name: In re Ubiquiti Networks, Inc. Securities Litigation | |

**Attorney for Plaintiff:** Michael Canty and Daniel Pfefferbaum
**Attorney for Defendant:** Peter Wald and Gavin Masuda for Ubiquiti Networks Inc.and individual defendants; Ethan Dettmer and Meera Bhaskar for Underwriter defendants

**Deputy Clerk:** Frances Stone          **Court Reporter:** Kathy Wyatt

PROCEEDINGS

FURTHER CMC- HELD

**REFERRED to Private Mediation.**

Compliance Hearing set Friday, 5/26/17 at 9:01am . Joint filing as to status/result of mediation by 5/19/17.

Initial Disclosures by 6/30/17.

Case Management Conference to set a trial date will be held Monday, 12/11/17 at 2:00pm.

Non-Expert Discovery Cutoff 3/30/18
Disclosure of Experts: Opening: 5/31/18
                     Rebuttal: 6/29/18.
Expert Discovery cutoff: 4/30/18
Dispositive /Daubert Motions heard by 9/11/18. [Motions filed by 7/31/18. Oppositions filed 8/14/18; Reply filed 8/21/18.


**cc: ADR**