UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE UBIQUITI NETWORKS, INC. SECURITIES LITIGATION | Case No. 12-cv-04677-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |
|---|---|

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 11, 2017 at 2:00 p.m. |
| REFERRED FOR PRIVATE MEDIATION | |
| NON-EXPERT DISCOVERY CUTOFF: | March 30, 2018 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: May 31, 2018<br>Rebuttal: June 29, 2018 |
| EXPERT DISCOVERY CUTOFF: | April 30, 2018 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | September 11, 2018 [ Filed 7/31/18] |
| COMPLIANCE HEARING RE STATUS/RESULT OF MEDIATION | Friday, May 26, 2017 at 9:01 a.m. |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 8, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.