# Labaton Sucharow

**Jonathan Gardner**
Partner
212 907 0839 direct
212 883 7039 fax
jgardner@labaton.com

June 27, 2017

**VIA ECF**

The Honorable Yvonne Gonzalez Rogers
United States District Judge
U.S. District Court for the Northern District of California
Oakland Courthouse, Courtroom 1 - 4th Floor
1301 Clay Street
Oakland, CA 94612

Re: *In re Ubiquiti Networks, Inc. Sec. Litig.*, No. 12-cv-04677-YGR (N.D. Cal.)

Dear Judge Rogers:

On behalf of the parties in the above-captioned litigation, we write jointly to inform the Court that the parties have reached an agreement in principle to settle the claims against all Defendants.

As we previously informed the Court on May 19, 2017, the parties attended private mediation with Robert A. Meyer at JAMS in New York City on May 15, 2017, but were unable to reach an agreement. *See* ECF No. 108. Settlement discussions through Mr. Meyer remained ongoing after the mediation session. On June 21, 2017, after continued dialogue, Mr. Meyer made a mediator's proposal for a recommended settlement amount. The parties agreed to the mediator's proposal on June 22, 2017.

We will endeavor to submit to the Court, pursuant to Fed. R. Civ. P. 23(e), a stipulation and agreement of settlement and motion for preliminary approval of the settlement, which will encompass a plan of allocation and procedures for class notice, as soon as practicable.

**Labaton Sucharow**

The Honorable Yvonne Gonzalez Rogers
June 27, 2017
Page 2

       In addition, the parties respectfully request that the Court vacate all pre-trial discovery deadlines.  *See* ECF No. 102.

Dated: June 27, 2017                                        Respectfully submitted,

*/s/ Peter A. Wald*                                         */s/ Jonathan Gardner*
**LATHAM & WATKINS LLP**                                    **LABATON SUCHAROW LLP**
PETER A. WALD                                               JONATHAN GARDNER
GAVIN M. MASUDA                                             MICHAEL P. CANTY
505 Montgomery Street, Suite 2000                           ROGER W. YAMADA
San Francisco, CA 94111-6538                                140 Broadway, 34th Floor
Telephone: 415/391-0600                                     New York, NY 10005
415/395-8095 (fax)                                          Telephone: 212/907-0700
                                                            212/818-0477 (fax)
*Attorneys for Defendants Ubiquiti Networks,
Inc., Robert J. Pera, John Ritchie, Peter Y.*               **ROBBINS GELLER RUDMAN**
*Chung, Christopher J. Crespi, Charles J.*                     &**& DOWD LLP**
*Fitzgerald, John L. Ocampo and Robert M.*                  CHRISTOPHER P. SEEFER
*Van Buskirk*                                               DANIEL J. PFEFFERBAUM
                                                            Post Montgomery Center
                                                            One Montgomery Street, Suite 1800
*/s/ Ethan D. Dettmer*                                      San Francisco, CA 94104
**GIBSON, DUNN & CRUTCHER LLP**                             Telephone: 415/288-4545
ETHAN D. DETTMER                                            415/288-4534 (fax)
NOAH STERN
555 Mission Street, Suite 3000                              *Lead Counsel for Plaintiffs*
San Francisco, CA 94105-0921
Telephone: 415/393-8200
415/393-8306 (fax)

*Attorneys for Defendants UBS Securities LLC,
Deutsche Bank Securities Inc., Raymond James
& Associates, Inc. and Pacific Crest Securities
LLC*