| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>CHRISTOPHER P. SEEFER (201197)<br>DANIEL J. PFEFFERBAUM (248631)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>chriss@rgrdlaw.com<br>dpfefferbaum@rgrdlaw.com<br><br>LABATON SUCHAROW LLP<br>JONATHAN GARDNER<br>MICHAEL P. CANTY<br>ROGER W. YAMADA<br>140 Broadway<br>New York, New York 10005<br>Telephone: 212/907-0700<br>212/818-0477 (fax)<br>jgardner@labaton.com<br>mcanty@labaton.com<br>ryamada@labaton.com<br><br>*Lead Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re UBIQUITI NETWORKS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) Master File No. 12-cv-04677-YGR<br>)<br>) <u>CLASS ACTION</u><br>)<br>) [PROPOSED] ORDER APPROVING PLAN<br>) OF ALLOCATION<br>)<br>) Re: Dkt. No. 125 |

THIS MATTER having come before the Court on December 19, 2017, on the motion of Inter-Local Pension Fund GCC/IBT ("Inter-Local") and Bristol County Retirement System ("Bristol County" and, together with Inter-Local, "Lead Plaintiffs"), on behalf of themselves and the Settlement Class, for final approval of the proposed class action Settlement and approval of the Plan of Allocation for the proceeds of the Settlement; the Court having considered all papers

1 filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated as of August 4, 2017 (the "Stipulation"), attached as Exhibit A to the Court's Final Order and Judgment, and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Settlement Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3. The Court has reviewed and considered the objection to the Plan of Allocation submitted by Joseph C. Keane, and it is overruled. *See* 15 U.S.C. § 77k(e).

4. The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of Authorized Claimants that is set forth in the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses (the "Notice") disseminated to Settlement Class Members, attached as Exhibit B to the Court's Final Order and Judgment, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among eligible Settlement Class Members.

\\

\\

\\

5. The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable, and the Court hereby approves the Plan of Allocation.

Dated: December 20, 2017

_____
Honorable Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE